UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERHONDA GOLDEN,<br>individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>           v.<br><br>NBCUNIVERSAL MEDIA, LLC,<br>                              Defendant. | Case No. 1:22-cv-9858-PAE<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and Declaration of Jeffrey Landis in Support of Defendant's Motion to Dismiss Plaintiff's Class Action Complaint dated November 18, 2022, and all prior pleadings, papers, and proceedings in this matter, Defendant NBCUniversal Media, LLC ("Defendant"), by and through its undersigned counsel, moves this Court before the Honorable Paul A. Engelmayer, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiff's Class Action Complaint pursuant to Rule 12(b)(1) or with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: January 27, 2023 Respectfully submitted,

By: /s/ Jeffrey Landis
Jeffrey Landis
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
Email: jeff@zwillgen.com

Benjamin S. Thomassen*
ZWILLGEN PLLC
One North LaSalle St. Suite 4600
Chicago, IL 60602
Main: (312) 685-2278
Email: ben.thomassen@zwillgen.com

*Pro hac vice application pending*

*Counsel for Defendant*
NBCUNIVERSAL MEDIA, LLC