UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERHONDA GOLDEN,

                              Plaintiff,

           -v-

NBCUNIVERSAL MEDIA, LLC,

                              Defendant.

22 Civ. 9858 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 23, 2023, the Court granted defendant NBCUniversal Media, LLC's ("NBCU") motion to dismiss without prejudice to plaintiff Sherhonda Golden's right to timely replead her VPPA claim, by September 7, 2023, for the limited purpose of adding allegations as to the operation of Today.com's mobile application and newsletter. Dkt. 34. On September 7, 2023, Golden filed the second amended complaint in the above-captioned case. Dkt. 35 ("SAC").

In light of the parties' past briefs, the Court seeks abbreviated letter briefing to facilitate informed assessment of the SAC. To the extent that NBCU seeks to dismiss the SAC, its motion to do so and accompanying letter brief in support of that motion—which should not exceed five single-spaced pages—are due September 21, 2023. Golden's opposition, which should be of commensurate length, is due October 5, 2023. NBUC's reply—which should not exceed three single-spaced pages—is due October 12, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 7, 2023
      New York, New York

2