# EXHIBIT B



1900 M Street NW, Suite 250    **Phone:** +1 202 296 3585
Washington, DC 20036    **Website:** www.zwillgen.com

September 15, 2023

<u>**VIA EMAIL**</u>

Michael L. Murphy
mmurphy@baileyglasser.com

      **Re:** *Golden v. NBCUniversal Media, LLC*, **No. 1:22-cv-9858-PAE**

Mr. Murphy:

      Pursuant to Fed. R. Civ. P. 15(a)(2), NBCUniversal Media, LLC hereby confirms its written consent to Plaintiff Golden's recent amendment and filing of her Third Amended Complaint (dkt. 38).

      Sincerely,

      By:  <u>/s/ Benjamin S. Thomassen</u>
      Jeffrey Landis
      ZWILLGEN PLLC
      1900 M Street NW, Suite 250
      Washington, DC 20036
      Telephone: (202) 296-3585
      Facsimile: (202) 706-5298
      jeff@zwillgen.com

      Benjamin S. Thomassen (admitted *pro hac vice*)
      ZWILLGEN PLLC
      One North LaSalle St. Suite 4600
      Chicago, IL 60602
      Telephone: (312) 685-2278
      ben.thomassen@zwillgen.com

      Counsel for Defendant NBCUniversal Media, LLC