UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERHONDA GOLDEN,

                Plaintiff,

-against-                              22 **CIVIL** 9858 (PAE)

## **JUDGMENT**

NBCUNIVERSAL MEDIA, LLC,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 11, 2024, the Court has granted NBCU's motion to dismiss the TAC; accordingly, the case is closed.

**Dated:** New York, New York

      September 12, 2024

                                              **DANIEL ORTIZ**

                                              **Acting Clerk of Court**

                        **BY:**        *K. Mango*

                                                **Deputy Clerk**