**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHERHONDA GOLDEN, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

    -against-                                      22 **CIVIL** 9858 (PAE)

                                                    **JUDGMENT**

NBCUNIVERSAL MEDIA, LLC.,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 3, 2025, the Court grants NBCU's motion to dismiss the FAC with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      September 3, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**